UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                              Case No.:
                                                                                         18-10760 -JLG
IGOR ERIC KUVYKIN,                                                In Proceedings for
                                                                                         Reorganization under
                            Debtor.                                          Chapter 11
------------------------------------------------------------X

DECLARATION OF SVETLANA SHNEYDERSTEN KUVYKIN
IN SUPPORT OF THE APPLICATION FOR AUTHORITY TO RETAIN
WAYNE GREENWALD, P.C., AS COUNSEL TO THE DEBTOR

Svetlana Shneydersten Kuvykin, declares:

1. I am the above-named Debtor's wife.

2. I have personal knowledge of the facts stated herein.

3. I submit this declaration in support of the above-captioned Debtor and Debtor-in-possession's motion seeking an order authorizing him to retain Wayne Greenwald, P.C. as his attorneys in this case.

**Payment of the Initial Retainer**

4. I paid the initial $5,000.00 retainer Wayne Greenwald, P.C.

5. The money for the payment came from my own funds.

6. As a co-obligor with the Debtor, I am deemed to be a creditor of the Debtor.

7. However, I am not asserting that claim against him.

8. Nor will I request repayment for the monies I advanced to Wayne Greenwald. P.C.

9. I was made aware of the case entitled *Lar Dan Enterprises, Inc.*, 221 B.R. 93 (Bankr. S.D.N.Y. 1998) ("*Lar Dan*") as it relates to my funding the Debtor's initial retainer to

Wayne Greenwald, P.C.

10. Accordingly, I represent:

(I) I understand that any and all compensation received by Wayne Greenwald, P.C., from any source will be subject to review by this Court for reasonableness.

(ii) The Debtor is fully aware of all facts relating to my paying Wayne Greenwald, P.A. the initial retainer and expressly consented to the payment.

(iii) I discussed with the Debtor my paying the retainer and I understand that notwithstanding that payment Wayne Greenwald, P.C.'s undivided loyalty is to the Debtor and his estate alone, not me.

(iv) If I need a lawyer in connection with the Debtor's case, I will retain an other, independent attorney.

(v) There is no factual nor legal relationship between Wayne Greenwald, P.C. and me except that the firm has defended me in an action commenced by the chapter 7 trustee of Apco Merchant Services, Inc.

(vi) Wayne Greenwald, P.C. advised me to discuss the payment be discussed with counsel of my choice. However; I decided not to consult with counsel concerning this payment.

I declare the foregoing statements of fact to be true and correct, under penalties of perjury, pursuant to 28 U.S.C. § 1746.

Dated: New York, NY
July 23, 2018

Svetlana Shneydersten Kuvykin