# WAYNE GREENWALD, P.C.
*Attorneys*

475 Park Avenue South- 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-983-1965
e-mail: grimlawyers@aol.com

W. M. Greenwald

August 14, 2018

*Via* ECF Filing, Email
and First Class Mail

Hon. James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re:**   Status Letter
          *Igor Eric Kuvykin, Debtor*
          <u>Chapter 11  Case No. 18-10760- JLG</u>

Dear Judge Garrity:

This firm represents the Debtor in the referenced case.

The Debtor responded to Ipayment's request for production of documents.

The Debtor appeared for his examination by Ipayment on August 2, 2018.  The Debtor and Ipayment were the only parties attending.

The Debtor awaits a copy of that examination's transcript for his review.

In Ipayment's adversary proceeding against the Debtor, Ipayment has yet to file its amended complaint.  Ipayment has not required a response to the filed complaint as it is filing an amended complaint.

WAYNE GREENWALD, P.C.

Hon. James L. Garrity, Jr.
August 14, 2018
Page 2

      The Debtor is unable to attend the status conference and hearing scheduled for August 21, 2018.  He has a prior family commitment which he cannot modify or be absent from.

                                      Respectfully,

                                      /s/ Wayne M. Greenwald

                                      Wayne M. Greenwald

WMG/ms
cc:    Serene Nakano, Esq. *via* email and ECF
        John D. Giampolo, Esq. *via* email and ECF
        Jil Mazer-Marino, Esq. *via* email and ECF