# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Date:         November 15, 2018
-----------------------------------------------------------------x
In re:

      Igor Eric Kuvykin,

      Debtor.

Chapter 11

Case No. 18-10760

-----------------------------------------------------------------x

Present:      Hon. James L. Garrity, Jr., United States Bankruptcy Judge

Appearances:  Wayne M. Greenwald, Esq. Counsel to the Debtor
              William F. Dahill, Esq. Counsel to iPayment, Inc. ("**iPayment**")
              Jil Mazer-Marino, Esq. Counsel to WB Kirby Hill, LLC ("**WB Kirby**")
              Serene K. Nakano, Esq. Counsel to the United States Trustee ("**UST**")
              Igor Eric Kuvykin, Debtor

Proceedings:  Request for Judgment, Pursuant to Bankruptcy Rule 7056 and Local
              Bankruptcy Rule 9074-1(D) [ECF No. 84] (the "**Request for Judgment**")

              WB Kirby Hill, LLC's Application for FRBP 2004 Examination Motion
              [ECF No. 89] (the "**2004 Motion**")

Order:        The hearings on the Request for Judgment and 2004 Motion are hereby
              adjourned to November 27, 2018 at 10:00 a.m.

              WB Kirby's reply, if any, in support of its 2004 Motion, shall be filed with
              the Clerk of the Court (with two single-sided copies delivered to
              Chambers), and served upon all parties in interest, on or before November
              20, 2018, at 4:00 p.m.

BY THE COURT:

    November 19, 2018
    New York, New York

                                   /s/ *James L. Garrity, Jr.*
                                    Honorable James L. Garrity, Jr.
                                    United States Bankruptcy Judge